No. 375. Ex PARTE GUZMÁN, NOTARY PUBLIC.—Petition by the Fidelity and Deposit Company of Maryland for the termination of notarial surety bond executed by said company on June 20, 1914, as surety for Notary Miguel Guzmán Texidor. Decided December 4, 1914. Bond terminated to take

effect February 3, 1915. The petitioner appeared by brief through its agent, Mr. Harry F. Besosa.